# United States Court of Appeals
## For the First Circuit

No. 03-1689

ELKIN EDISSON MURIEL VELASQUEZ; OLGA LUCIA VALENCIA QUINCENO,
JULIEN E. MURIEL VALENCIA; MELISA MURIEL VALENCIA,
AND VANESSA MURIAL VALENCIA,

Petitioners,

v.

JOHN ASHCROFT, ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The unpublished opinion of this Court issued on August 10, 2004, is amended as follows:

Page 2, line 1:  insert an "a" after "is"

Page 5, line 5:  omit "in July of 1999, which he said was".